HENRY C. KRAMER, Respondent, v. BORDEN'S FARM PRODUCTS Co., INC., Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

ROBERT W. LINFANTE, Respondent, v. SALLY LINFANTE, Appellant.— Order affirmed, without costs. No opinion. Jaycox, Manning, Kelby, Young and Kapper, JJ., concur.

LOUIS BROOK, INC., Appellant, v. HARRY RUBIN, Respondent.— Judgment of the County Court of Kings county reversed on the law and the facts, and a new trial ordered, with costs to abide the event. The plaintiff's evidence presented a case of an executed sale and delivery of goods to defendant, and it was error to dismiss the complaint and to direct a verdict for defendant. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

KATHERINE T. McCABE, Plaintiff, v. THE CITY OF NEW ROCHELLE, Defendant.— Exceptions overruled, and judgment directed for the defendant dismissing the complaint, with costs. No opinion. Rich, Jaycox, Kelby and Kapper, JJ., concur; Kelly, P. J., dissents upon the ground that the evidence presented a question of fact as to the negligence of defendant; and also as to whether plaintiff presented her claim within a reasonable time after expiration of the statutory limitation.*

GEORGE MENCKE, Respondent, v. MAX GOLDBERG, Appellant.— The motion to change the place of trial from Queens county to Suffolk county should have been granted. The alleged accident occurred in Suffolk county, and it is not contradicted that the defendant and all the witnesses to the accident reside there. The action is transitory in character, and the rule is that other things being equal the action will be tried in the county where the cause of action arose. (*Van Alstine* v. *Burt*, 151 App. Div. 81; *Fluckiger* v. *Haber*, 144 id. 65; *Upjohn* v. *First Methodist Episcopal Church Soc.*, 156 id. 147.) The order is, therefore, reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Jaycox, Manning, Kelby, Young and Kapper, JJ., concur.

ADELE MINNER, Appellant, v. ROBERT L. MINNER, Respondent.— Judgment affirmed, without costs. No opinion. Kelly, P. J., Rich and Jaycox, JJ., concur; Kelby and Kapper, JJ., dissent.

NORTHEASTERN IRON WORKS, INC., Respondent, v. STRATTON REALTY CORPORATION, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

* See New Rochelle Charter (Laws of 1910, chap. 559), § 141.— [REP.